1  ADAM PAUL LAXALT
     Attorney General
2  IAN CARR, Bar No. 13840
     Deputy Attorney General
3  State of Nevada
   Bureau of Litigation
4  Public Safety Division
   100 N. Carson Street
5  Carson City, NV  89701-4717
   Tel: (775) 684-1259
6  E-mail: icarr@ag.nv.gov

7  *Attorneys for Defendants*
   *Shari Kassebaum and Maria Ward*

8

9                    **UNITED STATES DISTRICT COURT**

10                         **DISTRICT OF NEVADA**

11  DAVID BRESSELSMITH,                    Case No. 3:17-cv-00271-MMD-VPC

12               Plaintiff,                **STIPULATION AND ORDER FOR**
                                           **DISMISSAL WITH PREJUDICE**
13  vs.

14  CASTLEBOMB, et al.,

15               Defendants.

16       Plaintiff, David Bresselsmith, appearing *pro se*, and Defendants, Shari Kassebaum and Maria

17  Ward (Defendants), by and through counsel, Adam Paul Laxalt, Attorney General of the State of

18  Nevada, and Ian Carr, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P.

19  41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

20  / / /
21  / / /
22  / / /
23  / / /
24  / / /
25  / / /
26  / / /
27  / / /
28  / / /

1

| | |
|---|---|
| 1 | This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party hereto shall bear its own attorneys' fees and costs. |

\* \* \*

DATED this 29 day of March, 2018.          DATED this 3RD day of ~~March~~ APRIL, 2018.

                                                                         ADAM PAUL LAXALT
                                                                         Attorney General

By: _____          By: _____
     DAVID BRESSELSMITH #89079               IAN CARR
     *Plaintiff, Pro Se*               Deputy Attorney General
                                                       Bureau of Litigation
                                                       Public Safety Division
                                                       *Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
**U.S. DISTRICT JUDGE**

**DATED:** April 3, 2018

## CERTIFICATE OF SERVICE

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 3rd day of April, 2018, I caused to be deposited for mailing in the U.S. Mail a copy of the foregoing, **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**, to the following:

David Bresselsmith, #89079
Ely State Prison
P.O. Box 1989
Ely, NV 89301

/s/ Laurie Penny
An employee of the
Office of the Attorney General